```
 1  ADRIENNE C. PUBLICOVER  (SBN #161432)
    DENNIS J. RHODES  (SBN 168417)
 2  WILSON, ELSER, MOSKOWITZ,
    EDELMAN& DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA  94105
 4  Telephone:     (415) 433-0990
    Facsimile:     (415) 434-1370
 5
    Attorneys for Defendants
 6  BECHTEL SHORT TERM
    DISABILITY PLAN and
 7  LIFE INSURANCE COMPANY
    OF NORTH AMERICA
 8
 9
10
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
14
15  CLAUDIA KLUMB,                      )  Case No.:    CV08-04304 PJH
                                        )
16           Plaintiff,                 )  STIPULATION FOR AN ORDER
                                        )  EXTENDING THE TIME TO FILE
17      v.                              )  BRIEFS ON THE STANDARD OF
                                        )  REVIEW
18  BECHTEL LONG TERM DISABILITY PLAN   )
    and LIFE INSURANCE COMPANY OF       )  [Civil L.R. 6-1(a)]
19  NORTH AMERICA,                      )
                                        )  Courtroom:   5, 17th Floor
20           Defendants.                )  Judge   :    Hon. Phyllis J. Hamilton
                                        )
21  ----------------------------------------
22       IT IS HEREBY STIPULATED, by and between the parties to this action, through their
23  attorneys of record, pursuant to this Court's Scheduling Order dated January 8, 2009, this Court's
24  Standing Order and LR 6-2 and LR 7-12 as follows:
25       On January 8, 2009, this Court held a Case Management Conference in this ERISA matter.
26  At that time, the Court ordered the parties to file their briefs on the standard of review within 45
27  days of the conference, or by February 22, 2009.  The parties are proceeding to mediation on
28
```

February 18, 2009. In view of the mediation, the parties wish to conserve litigation resources by not having to brief the standard of review unless mediation proves unsuccessful. Therefore, the parties respectfully request that the current deadline for filing briefs on the standard of review be extended by an additional two weeks, until March 9, 2009.

**IT IS SO STIPULATED.**

Date: February 18, 2009        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Dennis J. Rhodes*
 Adrienne C. Publicover
 Dennis J. Rhodes
 Attorneys for Defendants
 BECHTEL SHORT TERM DISABILITY PLAN,
 LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: February 18, 2009        THE LAW OFFICE OF STEVEN M. CHABRE

By: */s/ Steven M. Chabre*
 Steven M. Chabre
 Attorneys for Plaintiff
 CLAUDIA KLUMB

## ORDER

The stipulation of the parties for an Order extending the time to file motions on the standard of review came before this court in normal course. For good cause appearing, the deadline for filing said motions shall be extended to March 9, 2009.

Date: February 19, 2009

By: _____
 Hon. Phyllis J. Hamilton
 United States District Judge



**CERTIFICATE OF SERVICE**
*Claudia Klumb v. Bechtel Long Term Disability Plan, et al.*
*USDC NDCA Case #CV08-04304 PJH*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION FOR AN ORDER EXTENDING TIME TO FILE BRIEFS ON THE STANDARD OF REVIEW**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Steven M. Chabre, Esq.
THE LAW OFFICE OF STEVEN M. CHABRE
1335 Park Avenue
Alameda, CA  94501
Tel:    (510) 749-1440
Fax:    (510) 749-0466

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **February 18, 2009**, at San Francisco, California.

_____
Nancy Li

---

3
**STIPULATION FOR AN ORDER EXTENDING TIME TO FILE BRIEFS ON THE STANDARD OF REVIEW**
USDC NDCA No. CV08-04304 PJH
420856.1