1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   DENNIS J. RHODES  (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
5
   Attorneys for Defendants
6  BECHTEL SHORT TERM
   DISABILITY PLAN and
7  LIFE INSURANCE COMPANY
   OF NORTH AMERICA
8

9  STEVEN M. CHABRE  (SBN 173271)
   THE LAW OFFICE OF STEVEN M. CHABRE
10 1335 Park Avenue
   Alameda, CA  94501
11 Telephone:     (510) 749-1440
   Facsimile:     (510) 749-0466
12
   Attorneys for Plaintiff
13 CLAUDIA KLUMB

14

15

16                          UNITED STATES DISTRICT COURT

17                         NORTHERN DISTRICT OF CALIFORNIA

18

19
   CLAUDIA KLUMB,                          )   Case No.:     CV08-04304 PJH
20                                         )
              Plaintiff,                   )   **STIPULATION OF DISMISSAL WITH**
21                                         )   **PREJUDICE AND ORDER THEREON**
        v.                                 )
22                                         )
   BECHTEL LONG TERM DISABILITY PLAN )
23 and LIFE INSURANCE COMPANY OF           )   Courtroom:   5, 17th Floor
   NORTH AMERICA,                          )   Judge  :     Hon. Phyllis J. Hamilton
24                                         )
              Defendants.                  )
25 _____ )

26

27

28

---

**STIPULATION FOR OF DISMISSAL WITH PREJUDICE AND ORDER THEREON**
USDC NDCA No. CV08-04304 PJH
421119.1

1  Plaintiff Claudia Klumb ("plaintiff"), and defendants Life Insurance Company of North
2  America and Bechtel Short Term Disability Plan ("defendants"), through their respective attorneys
3  of record, Steven M. Chabre of The Law Office of Steven M. Chabre, on behalf of plaintiff, and
4  Dennis J. Rhodes, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of
5  defendants, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein
6  can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to
7  resolve the disputed claim. Each party to bear its own fees and costs.

8  **IT IS SO STIPULATED.**

Date: March 2, 2009   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Dennis J. Rhodes
Adrienne C. Publicover
Dennis J. Rhodes
Attorneys for Defendants
BECHTEL SHORT TERM DISABILITY PLAN,
LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: March 2, 2009   THE LAW OFFICE OF STEVEN M. CHABRE

By: /s/ Steven M. Chabre
Steven M. Chabre
Attorneys for Plaintiff
CLAUDIA KLUMB

## ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: 3/4/09   By: _____
HON. PHYLLIS J. HAMILTON
United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

1
**STIPULATION FOR OF DISMISSAL WITH PREJUDICE AND ORDER THEREON**
USDC NDCA No. CV08-04304 PJH
421119.1

# CERTIFICATE OF SERVICE
*Claudia Klumb v. Bechtel Long Term Disability Plan, et al.*
*USDC NDCA Case #CV08-04304 PJH*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→   : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Steven M. Chabre, Esq.
THE LAW OFFICE OF STEVEN M. CHABRE
1335 Park Avenue
Alameda, CA 94501
Tel:  (510) 749-1440
Fax:  (510) 749-0466

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **March 2, 2009**, at San Francisco, California.

_____
Nancy Li